Filed 12/22/23  P. v. Mashek CA1/4

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION FOUR

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>GORDON EARLE MASHEK,<br><br>        Defendant and Appellant. | A168322<br><br>(Solano County Super. Ct. No. VCR235161) |

Gordon Earle Mashek appeals the sentence imposed by the trial court after the court found he had violated the terms of his probation.  After a contested hearing, the court sentenced Mashek to a low term of two years on count two (a violation of Health and Safety Code[1] section 11379, subdivision (a)), with a term of two years on count one (a violation of section 11378) running concurrently.

Mashek's appointed counsel filed a brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) summarizing the facts and asking this court to independently review the record to identify any issues warranting relief.  Mashek filed a

---

[1] All undesignated statutory references are to the Health and Safety Code.

1

supplemental brief asking this court to "reconsider" his sentence, admitting his violation but arguing that his offense was non-violent and mitigated by his stable residence and prior employment.

Finding no arguable issues, we will affirm.

## DISCUSSION

In May 2021, Mashek entered no contest pleas to counts one and two of the information in exchange for dismissal of enhancing allegations relating to his prior felony drug convictions. In July 2021, pursuant to the plea deal, the court suspended sentence and placed him on a two-year term of probation with conditions, including serving one day in custody with one day of credit for time served.

After being placed on probation, Mashek missed numerous appointments with his assigned probation officer. The department filed a request that the court summarily revoke Mashek's probation; the court did so, simultaneously issuing a bench warrant on September 18, 2021. Mashek thereafter repeatedly failed to appear in court notwithstanding promises to appear.

At the probation violation hearing, a probation officer testified as to Mashek's failure to keep in touch with the department and his failure to appear for multiple appointments. The court found Mashek had violated the terms of his probation, and noted that his underlying offenses of conviction included being arrested with two pounds of methamphetamine after multiple prior felony drug convictions.

The court revoked Mashek's probation, and with no objection from defense counsel, imposed the low term of two years on count 2 and two years on count 1, running concurrently. The court waived all fines and fees.

The court's findings and sentence were appropriately supported by Mashek's conduct and history. Having reviewed the supplemental brief and record pursuant to *People v. Wende, supra*, 25 Cal.3d 436, we find no issues requiring further briefing.

## DISPOSITION

The judgment is affirmed.

BROWN, P. J.

WE CONCUR:

STREETER, J.
GOLDMAN, J.

*People v. Mashek* (A168322)